**AIR LINE PILOTS ASSOCIATION et al., Appellants,**

v.

**Robert C. TISCHLER, Appellee.**

**No. 26024.**

United States Court of Appeals
Fifth Circuit.

Oct. 28, 1968.

Rehearing Denied Nov. 22, 1968.

Wyatt Johnson, Miami, Fla., for appellants.

Alan A. Bruckner, Alan D. Greene, Bruckner & Greene, Miami, Fla., for appellee.

Before BELL and MORGAN, Circuit Judges, and GUINN, District Judge.

PER CURIAM:

This appeal involves the award of counsel fees in the equity powers of the court. The record and appertaining law amply sustain the award.

Affirmed.

**Leon EPSTEIN et al., Appellants,**

v.

**Lester G. MADDOX et al., Appellees.**

**No. 25819.**

United States Court of Appeals
Fifth Circuit.

Oct. 25, 1968.

Leon S. Epstein, Wesley Asinof, Atlanta, Ga., for appellants.

Harold N. Hill, Jr., Asst. Atty. Gen., John Tye Ferguson, Arthur K. Bolton, Atty. Gen., J. Robert Coleman, Asst. Atty. Gen., Atlanta, Ga., for appellees.

Before BELL and MORGAN, Circuit Judges, and GUINN, District Judge.

PER CURIAM:

This appeal is without redeeming merit. The judgment of the District Court, 277 F.Supp. 613, is

Affirmed.